# United States District Court
# Western District of North Carolina
# Bryson City Division

| | | |
|---|---|---|
| Shannon Dawn Greathead, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 2:14-cv-00023-MOC |
| | ) | |
| vs. | ) | |
| | ) | |
| Carolyn W. Colvin, | ) | |
| | ) | |
| Defendant, | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 27, 2015 Order.

January 27, 2015

Frank G. Johns, Clerk
United States District Court